IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ELLIOT,**<br>Plaintiff,<br>**v.**<br>**MCCORD, et al.,**<br>Defendant. | Case No. 2:26-cv-1853-ICD<br>**ORDER** |

Good cause appearing, IT IS ORDERED that:

The Defendants' request that the Court take judicial notice of the Stipulation for Voluntary Dismissal with Prejudice filed in Elliott v. Gonzalez, No. 2:26-cv-00883-JDP (E.D. Cal. Oct. 21, 2026), Doc. 20, is GRANTED. The Court hereby orders that this case is dismissed by Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: October 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE